

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

- D-1  ADDIER MEJIA TORRES,
  - a.k.a. Addiel Mejias Torres,
  - a.k.a. Alejandro Antonio Mendez,
- D-2  YOANY ALVAREZ-ANTUNA,
- D-3  YUAN BIART-GONZALEZ,
- D-4  ANDY GOMEZ-NIEBLA,
- D-5  ROBERTO PADRON-ALVAREZ, and
- D-6  JORGE GARCIA-SANTIAGO,

    Defendants.

Case: 1:24-cr-20362
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-10-2024
INDI USA v. TORRES, ET AL

Violations:
18 U.S.C. § 1951
21 U.S.C. §§ 841 and 846

FILED
JUL 10 2024
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

---

## INDICTMENT

---

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Conspiracy to Interfere with Commerce by Robbery
### 18 U.S.C. § 1951

- D-1  ADDIER MEJIA TORRES,
  - a.k.a. Addiel Mejias Torres,
  - a.k.a. Alejandro Antonio Mendez,
- D-2  YOANY ALVAREZ-ANTUNA,
- D-3  YUAN BIART-GONZALEZ,
- D-4  ANDY GOMEZ-NIEBLA,
- D-5  ROBERTO PADRON-ALVAREZ, and
- D-6  JORGE GARCIA-SANTIAGO

From a date unknown to the grand jury, but since at least June of 2023, and continuing to on or about July 16, 2023, in the Eastern District of Michigan and elsewhere, ADDIER MEJIA TORRES, YOANY ALVAREZ-ANTUNA, YUAN BIART-GONZALEZ, ANDY GOMEZ-NIEBLA, ROBERTO PADRON-ALVAREZ, and JORGE GARCIA-SANTIAGO knowingly and intentionally conspired, confederated and agreed together and with each other, and with other persons, known and unknown to the grand jury, to interfere with commerce by robbery, in violation of Title 18, United States Code, Section 1951.

## Manner and Means

It was part of the conspiracy that the group would target for robbery houses that operated marijuana grow operations in the Eastern District of Michigan. It was further part of the conspiracy that members, known and unknown to the grand jury, would visit the locations to conduct reconnaissance. The group, consisting of members known and unknown to the grand jury, would then return to the various locations to rob the residents and homeowners of their marijuana.

## COUNT TWO
### Attempted Possession with Intent to Distribute Marijuana
### 21 U.S.C. §§ 841(a), 841(b)(1)(C), 846, and 18 U.S.C. § 2

D-1   ADDIER MEJIA TORRES,
      a.k.a. Addiel Mejias Torres,
      a.k.a. Alejandro Antonio Mendez,
D-2   YOANY ALVAREZ-ANTUNA,
D-3   YUAN BIART-GONZALEZ,
D-4   ANDY GOMEZ-NIEBLA,
D-5   ROBERTO PADRON-ALVAREZ, and
D-6   JORGE GARCIA-SANTIAGO,

On or about July 16, 2023, in the Eastern District of Michigan, ADDIER MEJIA TORRES, YOANY ALVAREZ-ANTUNA, YUAN BIART-GONZALEZ, ANDY GOMEZ-NIEBLA, ROBERTO PADRON-ALVAREZ, and JORGE GARCIA-SANTIAGO, aided and abetted by each other, knowingly and intentionally attempted to possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2.

Dated: July 10, 2024                 THIS IS A TRUE BILL

                                                          *s/Grand Jury Foreperson*
                                                          GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

<div style="display: flex;">

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

</div>

4

| Companion Case information MUST be completed by AU | | Case: 1:24-cr-20362 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | Criminal Case Co' | Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 07-10-2024<br>INDI USA v. TORRES, ET AL (tt) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes      x **No** | **AUSA's Initials:** |

**Case Title:** USA v.   Addier Mejia Torres, et al

**County where offense occurred:**   Midland

**Check One:**   **X Felony**    __ **Misdemeanor**    **Petty**

    _____Indictment/\_\_\_\_Information --- **no** prior complaint.
    __X__Indictment/\_\_\_\_Information --- based upon prior complaint [23-mj-30466]
    _____Indictment/\_\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

    ☐   Corrects errors; no additional charges or defendants.
    ☐   Involves, for plea purposes, different charges or adds counts.
    ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   July 10, 2024

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:   Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.